IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KENNETH D. LEE, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-069 |
| | § | |
| SOUTHWESTERN BELL MOBILE | § | |
| SYSTEMS, INC; SOUTHWESTERN | § | |
| BELL WIRELESS, INC; | § | |
| SOUTHWESTERN BELL | § | |
| WIRELESS, L.L.C.; SOUTHWESTERN | § | |
| BELL SYSTEMS, INC.; CINGULAR | § | |
| WIRELESS, L.L.C.; and | § | |
| SBC COMMUNICATIONS, INC., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants Southwestern Bell Mobile Systems, Inc. (through its successor by merger, Southwestern Bell Mobile Systems, LLC), Southwestern Bell Wireless Inc. (through its successor by merger, Southwestern Bell Wireless, LLC), Southwestern Bell Wireless, LLC, "Southwestern Bell Systems, Inc.," Cingular Wireless LLC, and SBC Communications Inc., file this certificate of persons or entities that are financially interested in the outcome of this litigation:

1. Cingular Wireless LLC, is ultimately owned by SBC Communications Inc. and BellSouth Corporation, both of which are publicly traded.

2. Southwestern Bell Mobile Systems, LLC, is ultimately owned by SBC Communications Inc. and BellSouth Corporation, both of which are publicly traded.

3. Southwestern Bell Wireless, LLC, is ultimately owned by SBC Communications Inc. and BellSouth Corporation, both of which are publicly traded.

6. SBC Communications Inc., which is publicly traded.

DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES - Page 1

7.  Elizabeth A. Schartz and Gregory S. Meece, Thompson & Knight LLP; David G. Oliveira and Rene Oliveira, Roerig, Oliveira & Fisher, L.L.P. — counsel for defendants.

8.  Kenneth D. Lee, Jr. — plaintiff.

9.  Eddie Trevino, Jr., The Law Office of Eddie Trevino, Jr. — counsel for plaintiff.

Dated: April 19, 2004.

Respectfully submitted,

THOMPSON & KNIGHT LLP

By: _____
Elizabeth A. Schartz, Attorney-in-Charge
State Bar No. 17727900
Southern District Bar No. 22919

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone:   (214) 969-1700
Facsimile:   (214) 969-1751


OF COUNSEL:

Gregory S. Meece
State Bar No. 13898350
Southern District Bar No. 17487
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, Texas 77002
Telephone:   (713) 654-8111
Facsimile:   (713) 654-1871

David G. Oliveira
State Bar No. 15254675
Southern District Bar No. 13862
Rene Oliveira
State Bar No. 15254700
Southern District Bar No. 4033
ROERIG, OLIVEIRA & FISHER, L.L.P.
Suite 9, Price Plaza Building
855 West Price Road
Brownsville, Texas 78520
Telephone:   (956) 542-5666
Facsimile:   (956) 542-0016

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2004, a true and correct copy of the foregoing was served on plaintiff's counsel of record listed below by certified mail, return receipt requested.

Eddie Trevino, Jr.
The Law Office of Eddie Trevino, Jr.
622 E. St. Charles Street
Brownsville, TX 78520

_____
Elizabeth A. Schartz
David G. Oliveira
Rene Oliveira

077002 000031 DALLAS 1723379.1