IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KENNETH D. LEE, JR.<br>Plaintiff<br><br>vs.<br><br>SOUTHWESTERN BELL MOBILE SYSTEMS, INC.; SOUTHWESTERN BELL WIRELESS, INC.; SOUTHWESTERN BELL WIRELESS, L.L.C; SOUTHWESTERN BELL SYSTEMS, INC.; CINGULAR WIRELESS, L.L.C; and SBC COMMUNICATIONS, INC.<br>Defendants, | § § § § § § § § § § § § § § §   CIVIL ACTION NO. B-04-069 |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Kenneth D. Lee, Jr., files this certificate of persons or entities that are financially interested in the outcome of this litigation:

1. Kenneth D. Lee, Jr. – Plaintiff.

2. Eddie Trevino, Jr., Patrick W. Christensen, The Law office of Eddie Trevino, Jr. – counsel for Plaintiff.

3. Cingular Wireless LLC, Defendant, is owned by SBC Communications Inc., and BellSouth Corporation. Cingular Wireless LLC, is formed under the laws of the State of Delaware and its principle place of business is in Atlanta, Georgia. Both SBC Communications Inc. and BellSouth Corporation are publicly traded.

4. Southwestern Bell Mobile Systems, LLC, Defendant, is owned by SBC Communications Inc. and BellSouth Corporation. Southwestern Bell Mobile Systems, LLC is formed under the laws of the State of Delaware and its principle place of business is in Atlanta, Georgia. Both SBC Communications Inc. and BellSouth Corporation are publicly traded.

5. Southwestern Bell Wireless, LLC, Defendant, is owned by SBC Communications Inc. and BellSouth Corporation. Southwestern Bell Wireless, LLC is formed under the laws of the State of Delaware and its

principle place of business is in Atlanta, Georgia. Both SBC Communications Inc. and BellSouth Corporation are publicly traded.

6. SBC Communications Inc., Defendant, is incorporated under the laws of the State of Delaware and its principle place of business is in San Antonio, Texas. SBC Communications Inc. is publicly traded.

7. Elizabeth A. Schartz and Gregory S. Meece, Thompson & Knight LLP; David G. Oiveira and Rene Oliveira, Roerig, Oliveira & Fisher, L.L.P. – counsel for Defendants.

Dated: April 30, 2004

                                Respectfully submitted,

                                ***The Law Office of Eddie Trevino, Jr.***
                                622 E. St. Charles Street
                                Brownsville, Texas 78520
                                Phone: (956) 554-0683
                                Facsimile: (956) 554-0693

                                By: _____
                                    Eddie Trevino, Jr.
                                    State Bar No. 20211135
                                    Federal Bar No. 11628

## CERTIFICATE OF SERVICE

I, Eddie Trevino, Jr., hereby certify that on this 29th day of April, 2004, a true and correct copy of the above foregoing document was forwarded by hand delivery, regular U.S. mail, by facsimile or by certified mail, return receipt requested to:

Mr. David Oliveira & Mr. Rene Oliveira
*Roerig, Oliveira & Fisher LLP*
855 W. Price Rd. Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Ms. Elizabeth A. Schartz
*Thompson & Knight, LLP*
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 969-1737
Facsimile: (214) 969-1751

Gregory S. Meece
Thompson & Knight LLP
333 Clay St., Ste. 3300
Houston, TX 770022
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

By: _____
Eddie Trevino, Jr.