IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KENNETH D. LEE, JR.<br>    Plaintiff<br><br>vs.<br><br>SOUTHWESTERN BELL MOBILE<br>SYSTEMS, INC.; SOUTHWESTERN<br>BELL WIRELESS, INC.;<br>SOUTHWESTERN BELL<br>WIRELESS, L.L.C; SOUTHWESTERN<br>BELL SYSTEMS, INC.; CINGULAR<br>WIRELESS, L.L.C; and<br>SBC COMMUNICATIONS, INC.<br>    Defendants, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. B-04-069 |

### PLAINTIFF'S MOTION & NOTICE OF MOTION FOR REMAND

1. Plaintiff moves for an order remanding Plaintiff's lawsuit to the 404th District Court of Cameron County, Texas, under 28 U.S.C. § 1447(c).

2. The basis for this motion, is that the duly served and named Defendant, SBC Communications, Inc., is a citizen of the State of Texas. The Plaintiff, Kenneth D. Lee, Jr., is also a citizen of the state of Texas. Therefore, complete diversity of the parties does not exist and the removal of the Plaintiff's cause of action from state court to federal court is unwarranted.

3. This motion is based on the pleadings and papers on file in this action and the attached memorandum of points, authorities, declarations, and exhibits.

Respectfully submitted,

*The Law Office of Eddie Trevino, Jr.*
622 E. St. Charles Street
Brownsville, Texas 78520
Phone: (956) 554-0683
Facsimile: (956) 554-0693

By: _____
Eddie Trevino, Jr.
State Bar No. 20211135
Federal Bar No. 11628

## CERTIFICATE OF SERVICE

I, Eddie Trevino, Jr., hereby certify that on this /4th day of May, 2004, a true and correct copy of the above foregoing document was forwarded by hand delivery, regular U.S. mail, by facsimile or by certified mail, return receipt requested to:

Mr. David Oliveira & Mr. Rene Oliveira
*Roerig, Oliveira & Fisher LLP*
855 W. Price Rd. Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Ms. Elizabeth A. Schartz
*Thompson & Knight, LLP*
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 969-1737
Facsimile: (214) 969-1751

Gregory S. Meece
*Thompson & Knight LLP*
333 Clay St., Ste. 3300
Houston, TX 770022
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

By: _____
Eddie Trevino, Jr.