IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 2 6 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| KENNETH D. LEE, JR.<br>Plaintiff § § § | |
| vs. § § | |
| SOUTHWESTERN BELL MOBILE § SYSTEMS, INC.; SOUTHWESTERN § BELL WIRELESS, INC.; § SOUTHWESTERN BELL § WIRELESS, L.L.C; SOUTHWESTERN § BELL SYSTEMS, INC.; CINGULAR § WIRELESS, L.L.C; and § SBC COMMUNICATIONS, INC. § Defendants, § | CIVIL ACTION NO. B-04-069 |

## PLAINTIFF'S MOTION & NOTICE OF MOTION FOR JURY TRIAL

1. Plaintiff moves for an order granting a jury trial under the authority of Federal Rule of Civil Procedure 39(b).

2. The basis for this motion, is that there are no strong and compelling reasons not to grant Plaintiff Lee's right to a trial by jury. The Defendants will suffer no harm, delay or prejudice by granting this motion.

3. This motion is based on the pleadings and papers on file in this action and the attached memorandum of points and authorities.

Respectfully submitted,

*The Law Office of Eddie Trevino, Jr.*
622 E. St. Charles Street
Brownsville, Texas 78520
Phone: (956) 554-0683
Facsimile: (956) 554-0693

By: _____
Eddie Trevino, Jr.
State Bar No. 20211135
Federal Bar No. 11628

**PLAINTIFF'S MOTION & NOTICE OF MOTION FOR JURY TRIAL**
**PAGE- 2 -**

## CERTIFICATE OF SERVICE

I, Eddie Trevino, Jr., hereby certify that on this 26th day of May, 2004, a true and correct copy of the above foregoing document was forwarded by hand delivery, regular U.S. mail, by facsimile or by certified mail, return receipt requested to:

Mr. David Oliveira & Mr. Rene Oliveira
*Roerig, Oliveira & Fisher LLP*
855 W. Price Rd. Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Ms. Elizabeth A. Schartz
*Thompson & Knight, LLP*
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 969-1737
Facsimile: (214) 969-1751

Gregory S. Meece
*Thompson & Knight LLP*
333 Clay St., Ste. 3300
Houston, TX 770022
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

By: _____
Eddie Trevino, Jr.