IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KENNETH D. LEE, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-069 |
| | § | |
| SOUTHWESTERN BELL MOBILE | § | |
| SYSTEMS, INC; SOUTHWESTERN | § | |
| BELL WIRELESS, INC; | § | |
| SOUTHWESTERN BELL | § | |
| WIRELESS, L.L.C.; SOUTHWESTERN | § | |
| BELL SYSTEMS, INC.; CINGULAR | § | |
| WIRELESS, L.L.C.; and | § | |
| SBC COMMUNICATIONS, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF FILING
DECLARATIONS WITH ORIGINAL SIGNATURES**

Defendants give notice of the filing of the Declarations of Glenn Gross and Greg Griffin with

original signatures. Defendants attached the Declaration of Glenn Gross using a non-original

signature as Exhibit G to their response to plaintiff's motion to remand. Defendants also attached

the Declaration of Greg Griffin using a non-original signature as Exhibit H to their response to

plaintiff's motion to remand. Defendants attach the Declarations of Glenn Gross and Greg Griffin

with original signatures in support of their response to plaintiff's motion to remand.

Date: June 3, 2004.

**DEFENDANTS' NOTICE OF FILING
DECLARATIONS WITH ORIGINAL SIGNATURES – Page 1**

THOMPSON & KNIGHT LLP

By:_____

Elizabeth A. Schartz, Attorney-in-Charge
State Bar No. 17727900
Southern District Bar No. 22919

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone:(214) 969-1700
Facsimile:(214) 969-1751

OF COUNSEL:

Gregory S. Meece
State Bar No. 13898350
Southern District Bar No. 17487
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, Texas 77002
Telephone:(713) 654-8111
Facsimile:(713) 654-1871

David G. Oliveira
State Bar No. 15254675
Southern District Bar No. 13862
Rene Oliveira
State Bar No. 15254700
Southern District Bar No. 4033
ROERIG, OLIVEIRA & FISHER, L.L.P.
Suite 9, Price Plaza Building
855 West Price Road
Brownsville, Texas 78520
Telephone:(956) 542-5666
Facsimile:(956) 542-0016

ATTORNEYS FOR DEFENDANTS

**DEFENDANTS' NOTICE OF FILING**
**DECLARATIONS WITH ORIGINAL SIGNATURES  – Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2004, a true and correct copy of the foregoing was served on plaintiff's counsel of record listed below by U.S. mail.

Eddie Trevino, Jr.
The Law Office of Eddie Trevino, Jr.
622 E. St. Charles Street
Brownsville, TX 78520

Elizabeth A. Schartz
David G. Oliveira
Rene Oliveira

077002 000031 DALLAS 1748594.1

**DEFENDANTS' NOTICE OF FILING
DECLARATIONS WITH ORIGINAL SIGNATURES – Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KENNETH D. LEE, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | |
| SOUTHWESTERN BELL MOBILE | § | B-04-069 |
| SYSTEMS, INC; SOUTHWESTERN | § | |
| BELL WIRELESS, INC; | § | |
| SOUTHWESTERN BELL | § | |
| WIRELESS, L.L.C.; SOUTHWESTERN | § | |
| BELL SYSTEMS, INC.; CINGULAR | § | |
| WIRELESS, L.L.C.; and | § | |
| SBC COMMUNICATIONS, INC., | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF GLENN GROSS

1.     My name is Glenn Gross.  I am over the age of 21 years, fully competent to make this declaration, and am personally acquainted with the facts herein stated.

2.     I am currently the Executive Director of Executive Compensation.  I am employed by SBC Management Services, LP.  I am responsible for the design and administration of the nonqualified benefit plans for those subsidiaries of SBC Communications Inc. that have elected to participate in such plans.  I make this affidavit based on personal knowledge, review of corporate records, and interviews with appropriately knowledgeable persons.

3.     SBC Communications Inc. ("SBC") is a holding company.  It is incorporated under the laws of the State of Delaware and has its principal place of business in San Antonio, Texas.  It does not provide telecommunications services itself, rather, such services are provided by its direct and indirect subsidiaries and affiliates.

4.     SBC does not have any employees.  It has never employed Kenneth D. Lee, Jr.  Cingular Wireless LLC, an affiliate of SBC, makes its payroll records available to me

**DECLARATION OF GLENN GROSS - Page 1**

for purposes of coordinating benefit plan administration, and such payroll records indicate that Mr. Lee was last employed and/or paid by Cingular Wireless LLC.

5.      I have read the declaration of Kenneth D. Lee, Jr. and exhibits to it that are attached as Exhibit C to *Plaintiff's Memorandum in Support of Motion to Remand* filed in the above-styled action.

6.      Mr. Lee participated in the following stock option plans sponsored by SBC by virtue of his SBC subsidiary employer's participation in those plans and his position: The 1992 Stock Option Plan; the 1995 Management Stock Option Plan; the 1996 Stock and Incentive Plan; and the Stock Savings Plan.

7.      Exhibit 2 to the declaration of Mr. Lee is a statement from Merrill Lynch concerning the stock options Mr. Lee was granted while an eligible employee of a subsidiary of SBC that elected to participate in a stock option plan sponsored by SBC. Exhibit 2 does not reflect the subsidiary of SBC that employed Mr. Lee.

8.      Exhibit 4 to the declaration of Mr. Lee is a statement of dividends paid to Mr. Lee on SBC Communications Inc. stock. Exhibit 4 does not reflect the subsidiary of SBC that employed Mr. Lee.

9.      Exhibit 6 to the declaration of Mr. Lee is a communication to eligible managers of SBC subsidiaries about the 2001 stock option grant. Exhibit 6 does not reflect the SBC subsidiary that employed Mr. Lee.

**DECLARATION OF GLENN GROSS - Page 2**

10.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2004.

_____
Glenn Gross

077002 000031 DALLAS 1746922.2

**DECLARATION OF GLENN GROSS - Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KENNETH D. LEE, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | |
| SOUTHWESTERN BELL MOBILE | § | B-04-069 |
| SYSTEMS, INC; SOUTHWESTERN | § | |
| BELL WIRELESS, INC; | § | |
| SOUTHWESTERN BELL | § | |
| WIRELESS, L.L.C.; SOUTHWESTERN | § | |
| BELL SYSTEMS, INC.; CINGULAR | § | |
| WIRELESS, L.L.C.; and | § | |
| SBC COMMUNICATIONS, INC., | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF GREG GRIFFIN

1.      My name is Greg Griffin.  I am of legal age, and I am fully competent to make this declaration.  All of the statements made in this declaration are true and correct, and are made of my own personal knowledge or are based on business records of Cingular Wireless LLC ("Cingular").  The business records I reviewed in making this declaration are a record of acts or events made at or near the time by, or from information transmitted by, a person with knowledge; are kept in the course of Cingular's business activities, which are regularly conducted; it was the regular practice of Cingular's business activities to make the record; and I am a custodian of those business records.

2.      I am employed by Cingular Wireless LLC through its affiliate Cingular Wireless Employee Services, LLC.  My current title is Director of HR Benefits Finance.  In that capacity, I am responsible for financial planning, analysis, and budgeting regarding benefit plans.  My previous title was Senior HR Manager – Executive Compensation.  In that capacity, I was responsible for executive benefit plan design and administration.  I thus am familiar with the

**DECLARATION OF GREG GRIFFIN - Page 1**

various employee benefit plans sponsored by Cingular, including the Cingular Wireless Pension Plan. I also am familiar with the transition and disposition of various employee benefits under plans sponsored by SBC Communications Inc. and plans sponsored by BellSouth Corporation for participants in those plans whose employment with subsidiaries of those corporations was transferred to Cingular. I also am familiar with communications made to Cingular employees about plan transition and disposition matters. I began working for Cingular on December 23, 2001.

3.      I have read the declaration of Kenneth D. Lee, Jr. and exhibits to it that are attached as Exhibit C to *Plaintiff's Memorandum in Support of Motion to Remand* in the above-styled action.

4.      Accrued benefits under the SBC Pension Benefit Plan transferred to the Cingular Wireless Pension Plan for those employees of subsidiaries of SBC who participated in the plan and whose employment was transferred to Cingular. That fact is reflected in the October 7, 2002, letter from Cingular Benefits to Mr. Lee, which is Exhibit 5 to his declaration. Mr. Lee thus is incorrect when he says in paragraph 5 of his declaration that he "continue[d] to participate in the SBC pension plan in which I continue to receive quarterly dividends" after his employment was transferred to Cingular. The SBC Pension Benefit Plan is a defined benefit, cash balance plan; participants do not receive dividends.

5.      Exhibit 5 to the declaration of Mr. Lee, the letter from Cingular Benefits, did not distinguish between the subsidiaries of SBC who previously had employed the transferred employees, it simply referred to plan participants as "former SBC employee[s]."

**DECLARATION OF GREG GRIFFIN - Page 2**

6.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2004.

_____
GREG GRIFFIN

077002 000031 DALLAS 1744281.3

**DECLARATION OF GREG GRIFFIN - Page 3**