# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 06 — 14 — 04 |
| TIME | 3:55 p.m. — 4:30 p.m. |
| CIVIL ACTION | B — 04 — 69 |
| STYLE | KENNETH D. LEE, JR.<br>*versus*<br>SOUTHWESTERN BELL MOBILE SYSTEMS, INC., ET AL. |

United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)   ■Initial Pre-Trial Hearing;         (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):   Eddie Trevino
Attorney(s) for Defendant(s):   Elizabeth A. Schartz (in-charge) and David Oliveira

Comments: *Mr. Trevino:*

Date of deposition at issue: Jan. 2002. Prior to this deposition, Pl was told to tow the company line or the company would not help him. Implication he had to say certain things to not provide information that would hurt the company.

Termination date is the relevant date for the statute of limitations.

Termination was wrongful because it was in retaliation for Pl's refusal to falsely testify. Pl was ostracized. Company says basis for termination was corporate downsizing. Duties changed prior to termination. Hostile work environment.

**Motion for Leave to File Late Jury Demand: Court orally granted because Defs represented that this early in the litigation, there would be no prejudice to allowing the request.**

It is undisputed that on October 28, 2001, Pl was an employee of Cingular. Pl is still maintaining that complete diversity does not exist because there is some confusion over SBC Communications involvement, the corp. structure, and under Sabine Pilot, Pl still believes he has a claim against SBC Communications.

*Defendants* disagree. Motion to Remand taken under advisement.

Ancillary issue of docs and tapes that Cingular says are attorney-client material and that Pl possesses this material and should turn it over. Court clarified that no brief for protective order, or otherwise has been filed. Pl said the tape at issue (not that of the deposition) is actually filed with the state court in Judge Limas's court. The Court will await briefing, before making any rulings, as no motion is before the Court on this issue.

A scheduling order will be entered.