```
 1              UNITED STATES DISTRICT COURT        United States District Court
                 SOUTHERN DISTRICT OF TEXAS         Southern District of Texas
 2                   BROWNSVILLE DIVISION                    FILED
                                                          JUN 2 2 2004
 3        _____
                                        )                Michael N. Milby
 4     KENNETH D. LEE, JR.              )                 Clerk of Court
                                        )   CIVIL ACTION NO.
 5     VS.                              )   B-04-069
                                        )
 6     SOUTHWESTERN BELL MOBILE         )
       SYSTEMS, INC., SOUTHWESTERN      )
 7     BELL WIRELESS, INC.,             )
       ELIZABETH A. SCHARTZ,            )
 8     CINGULAR WIRELESS, LLC,          )
       SBC COMMUNICATION, INC.          )
 9     _____  )

10                      SCHEDULING CONFERENCE
                 BEFORE THE HONORABLE HILDA G. TAGLE
11                         JUNE 14, 2004
                             VOLUME 1
12     APPEARANCES:

13     For the Plaintiff:        MR. EDDIE TREVINO, JR. and
                                 MR. PATRICK CHRISTENSEN
14                               Law Office of Eddie Trevino, Jr.
                                 622 East St. Charles Street
15                               Brownsville, Texas  78520
                                 (956)554-0683
16
       For the Defendants:       MS. ELIZABETH A. SCHARTZ
17                               Thompson & Knight
                                 1700 Pacific Ave., Suite 3300
18                               Dallas, Texas  75201
                                 (214)969-1737
19                                    -and-
                                 MR. DAVID OLIVEIRA
20                               Roerig, Oliveira & Fisher
                                 855 West Price Road, Suite 9
21                               Brownsville, Texas  78520
                                 (956)542-5666
22
       Transcribed by:           HEATHER HALL, CSR, RPR
23                               Official Court Reporter
                                 600 East Harrison, Box 16
24                               Brownsville, Texas  78520
       Proceedings Recorded by mechanical stenography, transcript
25     produced by computer.
```

ORIGINAL