IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KENNETH D. LEE, JR. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-069 |
| | § | |
| SOUTHWESTERN BELL MOBILE | § | |
| SYSTEMS, INC.; SOUTHWESTERN | § | |
| BELL WIRELESS, INC.; | § | |
| SOUTHWESTERN BELL | § | |
| WIRELESS, L.L.C; SOUTHWESTERN | § | |
| BELL SYSTEMS, INC.; CINGULAR | § | |
| WIRELESS, L.L.C; and | § | |
| SBC COMMUNICATIONS, INC. | § | |
| Defendants, | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Kenneth D. Lee, Jr., makes these initial disclosures to Defendants Southwestern Bell Mobile Systems, Inc.; Southwestern Bell Wireless, Inc., Southwestern Bell Wireless, L.L.C, Southwestern Bell Systems, Inc., Cingular Wireless, L.L.C. and SBC Communications, Inc., in accordance with Federal Rule of Civil Procedure 26(a)(1).

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

    1.    Plaintiff Kenneth D. Lee, Jr.
           1916 Guava Circle
           Harlingen, Texas 78552
           (512) 423-3431

    2.    Rob Forsyth
           Vice President/General Manager
           Cingular Wireless LLC
           2550 W. Tyvola Road #300
           Charlotte, North Carolina 28217
           At one time Mr. Lee's supervisor.

3. Judy Allen
   Former employee of Cingular Wireless, L.L.C.
   Last known address:
   1909 Katy Woods Court
   Columbia, Missouri 65203
   At one time Mr. Lee's supervisor.

4. Rudy Rogers
   Address unknown at this time.
   Investigator employed by the Defendants

5. Lou Simmons
   Director, Sales
   Cingular Wireless LLC
   7330 San Pedro Plaza, 9th Floor
   San Antonio, Texas 78216
   A former supervisor of Mr. Lee.

6. Beth Walls
   Former Human Resources employee of Cingular Wireless, L.L.C.
   9618 Limestone Pond
   (210) 682-6438
   Co-worker of Mr. Lee's

7. Dr. Esteban Gonzalez
   Address unknown at this time.
   (956) 668-0615

8. Janie Pohlmeyer
   Address unknown at this time.
   Employed by the Defendants

9. Tres Miller
   Operated Z-Page Wireless
   Can be contacted through his attorney:
   Dennis Sanchez
   Sanchez, Whittington, Janis & Zabarte, L.L.P.
   100 N. Expressway 83
   Brownsville, Texas 78521
   (956) 546-3731

B. **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Copies of documents labeled Bates numbers 1 through 2118 have been or will be produced in connection with these disclosures:

Plaintiff reserves the right to identify other documents disclosed during discovery or documents it subsequently determines are relevant to disputed facts in this action.

C. **A computation of any category of damages claims by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary material, not privileges or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff does not have these computations finalized at this time due to discovery not being completed. However, Plaintiff reserves the right to provide damage computations based on documents it has in its possession at this time and other documents disclosed during discovery or documents it subsequently determines are relevant to disputed facts in this action.

D. **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

At this time, Plaintiff is unaware of any insurance agreements that could satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

*The Law Office of Eddie Trevino, Jr.*
622 E. St. Charles
Brownsville, Texas 78520
Telephone: (956) 554-0683
Facsimile: (956) 554-0693

By: _____
Eddie Trevino, Jr.
State Bar No. 20211135
Federal ID 11628
ATTORNEY FOR PLAINTIFF
KENNETH D. LEE, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2004, a true and correct copy of the foregoing was served on defendant's counsel of record listed below via facsimile, by hand delivery and/or certified mail.

Mr. David Oliveira & Mr. Rene Oliveira
*Roerig, Oliveira & Fisher LLP*
855 W. Price Rd. Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Ms. Elizabeth A. Schartz
*Thompson & Knight, LLP*
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 969-1737
Facsimile: (214) 969-1751

Gregory S. Meece
*Thompson & Knight LLP*
333 Clay St., Ste. 3300
Houston, TX 770022
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

By: _____
Eddie Trevino, Jr.

**PLAINTIFF'S INITIAL DISCLOSURES-Page 4 -**