

| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _P. Ahumada_

KENNETH D. LEE, JR.           §

vs.                           §        Civil Action No. B- 04-069

SOUTHWESTERN BELL MOBILE      §
SYSTEMS, INC.; ET AL

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4 - 6__ days.              ☐ Bench   ■ Jury

2. New parties must be joined by:                              7/23/2004
   *Furnish a copy of this scheduling order to new parties.*

3. Plaintiff will designate experts by:                        8/6/2004
   *and provide reports within 60 days thereafter. Defendants will designate any
   experts within 60 days after receiving the reports from Plaintiff's designated
   experts and provide reports from their designated experts within 60 days thereafter.*

4. Discovery must be completed by:                             3/18/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

5. Dispositive Motions will be filed by:                       4/15/2005

6. Joint pretrial order is due:                                7/13/2005

7. Docket Call and final pretrial conference is set for 1:30 p.m. on:   7/27/2005

8. Jury Selection is set for 9:00 a.m. on:                     8/8/2005
   *(The case will remain on standby until tried)*

Signed_____July 15_____, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge